**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No. 5:10-cv-311 (HL)** |
| **v.** | : | |
| | : | |
| **$20,500.00 IN UNITED STATES FUNDS,** | : | |
| **Defendant Property,** | : | |
| | : | |
| **BIANCA JANICE BLACK,** | : | |
| | : | |
| **Claimant.** | : | |

_____

**ORDER**

The parties have executed and presented to the Court a Stipulation for Compromise Settlement and Release of Claims which is attached hereto and made a part of this Order, in which they agreed that $9,225.00 shall be forfeited to the United States and the remainder of the Defendant Property released to Claimant Bianca Janice Black, through her counsel. Accordingly, the Court hereby makes the following findings of fact and conclusions of law:

1.   This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1345 and 1355, and venue is proper pursuant to 28 U.S.C. § 1395.

2.   The United States has furnished due and legal notice of these proceedings as required by law. All persons known to the United States to have a possible interest in the Defendant Property have received actual notice and service of the complaint, and warrant for arrest in this action.

3.   Claimant filed a Claim and Answer in these proceedings, asserting her interest in the Defendant Property. No other claims have been filed and the time for filing claims has now expired.

4.   There is sufficient evidence to warrant a conclusion, by a preponderance of evidence standard, that the Defendant Property is subject to forfeiture in accordance with 21 U.S.C. § 881(a)(6).

THEREFORE, IT IS HEREBY ORDERED THAT:

1.   All right, title, and interest of Claimant in $9,225.00 of the Defendant Property is hereby forfeited to the United States.

2.   All other right, title, and interest in $9,225.00 of the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property and may warrant good title to any subsequent transferee.

3.   The United States Attorney General or his authorized designee shall dispose of this property in accordance with law.

4.   The United States Marshals Service shall coordinate the release of the funds in the amount of $11,275.00, payable jointly to Bianca Janice Black and Laura D. Hogue, Esquire, 341 Third Street, Macon, Georgia 31202-1795.

5.   Federal law requires the Department of the Treasury and other disbursing officials to offset Federal payments to collect delinquent tax and non-tax debts owed to the United States, and certain other debts owed to individual states, including delinquent child support. Payments related to this stipulation are subject to offset pursuant to the Treasury Offset Program, and any IRS levies.

6.   Pursuant to 28 U.S.C. § 2465, no parties shall be entitled to costs, including any costs under 28 U.S.C. § 2412, nor shall the Claimant be entitled to interest, nor shall the person or persons who made the seizure of the Defendant Property, nor any attorney, agent, or employee of the United States, be liable to suit or judgment on account of the seizure of the Defendant Property or prosecution of the instant forfeiture action, there being reasonable cause shown for the seizure.

**SO ORDERED,** this 2nd  day of September, 2011.


*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr